IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FLOYD EARL RAYNER, III, | ) | |
| | ) | |
| Petitioner, | ) | NO. 3:06-1187 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DAVIS MILLS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the petition for the writ of habeas corpus is **DENIED**. This action is **DISMISSED with prejudice**. Pursuant to 28 U.S.C. § 2253(c), the Court **GRANTS** a Certificate of Appealability only on Petitioner's claims of ineffective assistance of counsel.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 1st day of February, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge